■ ALAN F. SHUCHTER, Respondent, v LOUISE A. SHUCHTER, Appellant. (Appeal No. 2.) [689 NYS2d 879] —Order unanimously affirmed without costs. Same Memorandum as in *Shuchter v Shuchter* (259 AD2d 1013 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Law Guardian.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.